GAS 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations

FILED U.S. DISTRICT COURT AUGUSTA DIV.
2019 JUN 21 PM 1:24
CLERK J. Hodge
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## Southern District of Georgia
## Augusta Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Yarvitz B. White | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 1:13CR00086<br>USM Number: 04793-063<br><br>Kathryn Brow Aho<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory, standard, and special conditions (Violations No. 1-7) of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition) | December 29, 2017 |

See Page Two for additional violations

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 4804

Defendant's Year of Birth: 1978

City and State of Defendant's Residence:

Wrens, Georgia

June 19, 2019
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

6/21/2019
Date

DEFENDANT:     Yarvitz B. White
CASE NUMBER:   1:13CR00086-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition) | February 5, 2018 |
| 3 | The defendant failed to report to the probation officer as directed by the Court or probation officer (standard condition) | March 28, 2018 |
| 4 | The defendant failed to report as instructed for scheduled drug testing. | April 10, 2018 |
| 5 | The defendant failed to abide by the imposed curfew (special condition). | February 13, 2018 |
| 6 | The defendant failed to abide by the imposed curfew (special condition). | February 14, 2018 |
| 7 | The defendant failed to abide by the imposed curfew (special condition). | March 23, 2018 |

DEFENDANT: Yarvitz B. White
CASE NUMBER: 1:13CR00086-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>12 months, with no supervision to follow</u>.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL